UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENISA ANGELES, on behalf of herself and all others similarly situated,

                        Plaintiff,

-against-

ENESCO, LLC,

                        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/16/2020_

20 Civ. 7683 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The intial pretrial conference scheduled for November 23, 2020, is hereby ADJOURNED to **November 24, 2020, at 10:40 a.m.**

       SO ORDERED.

Dated: November 16, 2020
       New York, New York

                                               ANALISA TORRES
                                  United States District Judge